IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOVIA A MARSHALL,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 14-04409 WHA

**ORDER RE DISMISSAL**

    Plaintiff has filed a request to dismiss her case without prejudice (Dkt. No. 29). As stated in the prior order, plaintiff's federal claim is time barred, while her alleged state claims do not appear to be time barred. In accordance with plaintiff's request, the case is **DISMISSED WITHOUT PREJUDICE. THE CLERK SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: February 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE